# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO RUIZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF FRESNO, et al.,<br><br>　　　　　　Defendant. | Case No. 1:24-cv-00287-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE PROOF OF SERVICE OR STATUS REPORT<br><br>(ECF No. 13)<br><br>**DEADLINE: OCTOBER 17, 2024** |

On September 27, 2024, the Court issued an order requiring Plaintiff Ignacio Ruiz to file proof of service or a status report regarding service on Paco Balderrama, Mindy Casto, Joe Alvarez, Tom Rowe, Anthony DeWall, Sean Biggs, and Joshua Knapp. (ECF No. 13.) The Court gave Plaintiff through October 11, 2024, to file proof of service or a status report. (Id.) Plaintiff has not done so nor requested an extension of time from the Court.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). Plaintiff shall show cause in writing why sanctions should not issue for the failure to file

1

proof of service or a status report in compliance with the Court's order entered September 27, 2024.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause in writing **no later than October 17, 2024**, why sanctions should not issue for the failure to file proof of service or a status report by the deadline stated in the September 27, 2024 order (ECF No. 13); and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **October 15, 2024**

UNITED STATES MAGISTRATE JUDGE

2