# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO RUIZ, | Case No. 1:24-cv-00287-KES-SAB |
| Plaintiffs, | ORDER REGARDING STIPULATION TO MODIFY THE SCHEDULING ORDER |
| v. | |
| THE CITY OF FRESNO, et al., | (ECF No. 25) |
| Defendants. | |

Pending before the Court is the timely stipulation from the parties, seeking to modify the scheduling order.  (ECF No. 25.)  The parties discuss at length their discovery efforts thus far and their discovery plan in the coming weeks, including numerous depositions.  (Id.)  It appearing that the parties are diligently engaging in discovery, and good cause otherwise appearing, the Court approves the stipulation.

The Court ORDERS that the following deadlines are modified in the scheduling order:

| | |
|---|---|
| Non-Expert Discovery Cut-off: | August 28, 2026 |
| Expert Disclosures: | October 2, 2026 |
| Supplemental Expert Disclosures: | November 13, 2026 |
| Expert Discovery Cut-Off: | January 4, 2027 |
| Dispositive Motion Deadline: | January 22, 2027 |

///

Pretrial Conference:                                  May 24, 2027, at 1:30 p.m.

Trial:                                  July 27, 2027, at 8:30 a.m.

The scheduling order (ECF No. 21) otherwise remains controlling.

IT IS SO ORDERED.

Dated:    **February 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge