# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO RUIZ,<br><br>        Plaintiff,<br><br>  v.<br><br>THE CITY OF FRESNO, et al.,<br><br>        Defendants. | Case No.  1:24-cv-00287-KES-SAB<br><br>ORDER RE INFORMAL DISCOVERY DISPUTE<br><br>(ECF No. 28) |

On June 23, 2026, the Court conducted an informal videoconference regarding a discovery dispute.  Counsel Kevin Little appeared for Plaintiff Ignacio Ruiz, and counsel Julie Campos appeared for Defendants City of Fresno, Chief Paco Balderrama, Deputy Chief Mindy Casto, Captain Joe Alvarez, Captain Tom Row, Lieutenant Anthony DeWall, Lieutenant Sean Biggs, and Sergeant Joshua Knapp.  The Court notes this matter was conducted off the record; however, the parties were afforded an opportunity to place the matter on the record at any time during the videoconference, but no party requested to do so.  The parties agreed to conduct this matter through the Court's informal discovery procedure.

The parties' dispute centers around the appropriate location and method for the deposition of Plaintiff.  (ECF No. 28.)  Defendants argue that the deposition should took place in-person to assess Plaintiff's presentation for trial, which a video screen cannot reliably capture.  (Id.)  Plaintiff raises medical concerns with respect to holding an in-person deposition, and asserts that conducting the deposition in-person would trigger his anxiety and cause him

1

significant stress.  (Id.)

Having considered the nature of the case and the parties' proffered arguments, IT IS HEREBY ORDERED that:

1. Plaintiff's deposition shall be conducted in-person at Whitney Thompson & Jeffcoach's Law Firm in Fresno;

2. Plaintiff's deposition shall be held in a meeting room equipped for Zoom access, including cameras and microphones;

3. Attendance in the meeting room during Plaintiff's deposition shall be limited to counsel for Plaintiff, counsel for Defendants, reporter, and videographer only;

4. The individual Defendants may observe Plaintiff's deposition remotely, either from a separate meeting room at Whitney Thompson & Jeffcoach's Law Firm or from another remote location with their cameras off and muted at all times;

5. Counsel for Plaintiff and Defendants shall determine the appropriate date(s) for Plaintiff's deposition; and

6. If this Order needs to be modified, the parties shall contact the courtroom deputy for an informal meeting with the Court.

IT IS SO ORDERED.

Dated:   **June 23, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

2