# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO RUIZ,<br>Plaintiff,<br>v.<br>THE CITY OF FRESNO, et al.,<br>Defendants. | Case No. 1:24-cv-00287-KES-SAB<br>ORDER REGARDING STIPULATION TO MODIFY THE SCHEDULING ORDER<br>(ECF No. 31) |

Pending before the Court is the parties' second stipulation to modify the scheduling order. (ECF No. 31.) The Court observes that in the stipulation, the parties have requested to move the deadlines set forth in the scheduling order based on the availability of Plaintiff's deposition. However, Plaintiff's deposition has not yet been set.

Accordingly, the stipulation is DENIED without prejudice. Once a firm date for Plaintiff's deposition has been set prior to the expiration of the applicable deadline and stipulated to by the parties, without the possibility of further continuance, the Court will entertain a renewed motion to modify the scheduling order. This case has been pending for some time and the ability to schedule Plaintiff's deposition is beginning to defy reasonableness. This Court's first order settling the schedule in this case was dated December 3, 2024. (ECF 21). It is time to make it so before the Court entertains any further extensions.

IT IS SO ORDERED.

Dated: **August 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge