# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO RUIZ,<br>Plaintiff,<br>v.<br>THE CITY OF FRESNO, et al.,<br>Defendants. | Case No. 1:24-cv-00287-KES-SAB<br>ORDER REGARDING STIPULATION TO EXTEND DISCOVERY AND TRIAL DATES<br>(ECF No. 34) |

Pending before the Court is the timely stipulation from the parties to modify the scheduling order. As relevant here, on August 6, 2026, the Court denied without prejudice a previous stipulation to modify the scheduling order in no small part because a date for Plaintiff's deposition had still not been set. (ECF No. 32.) The Court stated that, "[o]nce a firm date for Plaintiff's deposition has been set prior to the expiration of the applicable deadline and stipulated to by the parties, without the possibility of further continuance, the Court will entertain a renewed motion to modify the scheduling order. This case has been pending for some time and the ability to schedule Plaintiff's deposition is beginning to defy reasonableness." (Id.)

In the instant stipulation, the parties stipulate that, "Plaintiff's deposition is now set for August 21st and August 25th, 2026. The Parties agree that these dates are firm and Plaintiff's deposition shall move forward on these dates." (ECF No. 34, ¶ 4.) With that issue addressed,

the Court approves the stipulation and ORDERS the following dates in the scheduling order are modified:

| | |
|---|---|
| Non-Expert Discovery Cut-off: | January 15, 2027 |
| Expert Disclosures: | February 12, 2027 |
| Supplemental Expert Disclosures: | March 26, 2027 |
| Expert Discovery Cut-off: | May 21, 2027 |
| Dispositive Motion Deadline: | June 4, 2027 |
| Pre-Trial Conference: | October 12, 2027, at 1:30 PM |
| Trial Date: | December 14, 2027, at 8:30 AM |

The scheduling order otherwise remains controlling. (ECF No. 21.) Any future stipulation to modify the scheduling order in this matter will not be well taken absent extraordinary circumstances.

IT IS SO ORDERED.

Dated: **August 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge