# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IGNACIO RUIZ,

Plaintiff,

v.

THE CITY OF FRESNO, et al.,

Defendants.

Case No. 1:24-cv-00287-KES-SAB

ORDER REGARDING REQUEST FOR MODIFICATION OF DEPOSITION SCHEDULE

(ECF No. 36)

Pending before the Court is the unopposed request to modify the deposition schedule of Plaintiff's deposition by one day, from August 25, 2026, to August 26, 2026. Plaintiff indicates that the reason for the request is to be able to fully participate in an informal discovery conference before the undersigned on August 25, 2026. Plaintiff also requests a corresponding continuance of the depositions of Defendant former Chief Paco Balderrama and Defendant Lt. Anthony Dewall, which are currently noticed for August 26, 2026, to August 27, 2026.

Though the Court is wary of this last-minute request, along with the fact that Plaintiff's deposition has taken an inordinate amount of time to schedule, the Court will nonetheless grant this request only in light of the fact that there is an informal discovery conference. Furthermore, because the Court has already had to have a hand in this matter, the Court will direct Plaintiff to file a status report indicating the dates for the depositions of Defendants Balderrama and Dewall.

/ / /

Therefore, the Court GRANTS the request (ECF No. 36) and ORDERS the following:

1. The deposition of Plaintiff shall take place on **August 26, 2026**;
2. Plaintiff is DIRECTED to file a status report indicating the dates of the depositions Defendants Balderrama and Dewall as soon as the parties agree to such dates.

IT IS SO ORDERED.

Dated: **August 24, 2026**

STANLEY A. BOONE
United States Magistrate Judge