# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO RUIZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:24-cv-00287-KES-SAB<br><br>ORDER GRANTING WITHDRAWAL OF ATTORNEY JOSEPH D. RUBIN AND DIRECTING CLERK OF COURT TO TERMINATE JOSEPH D. RUBIN AS ATTORNEY OF RECORD<br><br>(ECF No. 40) |

On October 5, 2026, a notice of withdrawal of Joseph D. Rubin as counsel for Defendants City of Fresno, Chief Paco Balderrama, Deputy Chief Mindy Casto, Captain Joe Alvarez, Captain Tom Rowe, Lieutenant Anthony DeWall, Lieutenant Sean Biggs, and Sergeant Josha Knapp was filed. (ECF No. 40.) The Court observes that Julie Rae Campos and Mandy Louise Jeffcoach of Whitney Thompson and Jeffcoach, LLP continue to serve as counsel of record for Defendants.

Accordingly, IT IS HEREBY ORDERED that the request to withdraw Joseph D. Rubin as counsel is GRANTED and the Clerk of the Court is DIRECTED to terminate Joseph D. Rubin as counsel of record for Defendants.

IT IS SO ORDERED.

Dated: **October 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge